IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DANELLE CARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-1339-CM |
| | ) |
| MT. HOPE COMMUNITY DEVELOPMENT, | ) |
| INC., d/b/a Mt. Hope Nursing Home, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

On January 22, 2013, the court granted the parties' joint motion for an order directing the Kansas Human Rights Commission ("KHRC") to provide records pertaining to KHRC case No. 35420-12W, styled *"Danelle Carr v. Mt. Hope Community Development, Inc., d/b/a Mt. Hope Nursing Center."* **(doc. 19)**. The court ordered the KHRC to submit for in camera review any portion of the investigative file which it believed to be of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff.

The court has reviewed the documents submitted by the KHRC and finds that all of the documents submitted are of a deliberative or conciliatory nature or attorney work product and, therefore, are not discoverable.

IT IS SO ORDERED.

Dated this 28th day of February, 2013, at Kansas City, Kansas.

                                                    s/ James P. O'Hara
                                                  James P. O'Hara
                                                  U.S. Magistrate Judge